FILED & RECEIVED
mail
2019 APR -8 PM 12: 12
US COURTS
COEUR DALENE, ID

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Kwasi Buffington
Plaintiff,

vs.

University of Idaho
Defendant.

Case No.

**COMPLAINT**
**(28 U.S.C. § 1331: federal question)**

Jury Trial Requested ✓ yes ___ no

## 1. JURISDICTION

Jurisdiction in this case is based on a federal question (meaning that this suit is based upon a federal statute or provision of the United States Constitution):

- [x] Federal Statute: 42 U.S.C. § 1988 (b)
- [ ] United States Constitution
- [ ] And a state law claim under the Court's supplemental jurisdiction authority.

## 2. PLAINTIFF

My name is Kwasi Buffington. I am a citizen of the State of Washington presently residing at 1750 SE Johnson Rd Apt 7 Pullman WA 99163.

## 3. DEFENDANT AND CAUSE OF ACTION
*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

A. I am suing **University of Idaho**, who was acting as **Educational Institution**
   *(Defendant)*    *(if applicable: job title, if a person; function, if an entity)*

for the **State of Idaho**.
   *(if applicable: state, county, city, federal government, or private entity performing a public function)*

B. (Factual Basis of Claim) I am complaining that on **Nov. 12, 2017 – Present**, Defendant
   *(dates)*

did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

**Complete and total Federal Educational Rights were violated.**

C. (Legal Basis of Claim) I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
**Title 67, Chapter 59 Idaho code, Title 44, chapter 17 Idaho code, Title VII Civil Rights Act of 1964 as Amended, Age discrimination in the Employment Act of 1967 (ADEA), American with Disabilities Act (ADA)**

D. I allege that I suffered the following injury or damages as a result:
**Retaliation, Depression, Suicidal thoughts, Loss of Income, loss of enjoyment of life**

E. I seek the following relief: **$250,000**

## 4. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct, as required by 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

Executed at __My Apartment__ on __April 4, 2019__.
               (Location)                   (Date)

_[signature]_
Plaintiff's Original Signature